

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00394-CR

Lauro **TERRAZAS** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6562
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed:  October 24, 2018

DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is signed by Appellant and his attorneys. *See* TEX. R. APP. P. 42.2(a). Appellant's motion is granted; this appeal is dismissed. *See id.*; *Hypolite v. State*, 647 S.W.2d 294, 295 (Tex. Crim. App. 1983); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

DO NOT PUBLISH